IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAZARO ANGEL-BELLO,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

v.                      CASE NO. 1D16-1296

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed April 5, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Miguel A. Rosada of the Phoenix Law Firm, P.L., Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of habeas corpus is denied.

ROBERTS, C.J., SWANSON and KELSEY, JJ., CONCUR.